UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-10114-CIV-Moore/Garber

PAUL E. BATES, individually;
PAUL E. BATES, d/b/a COCONUT
COVE RESORT; and COCONUT
GROVE RESORT AND MARINA, INC.,

    Plaintiffs,

v.

ISLAMORADA VILLAGE OF ISLANDS,

    Defendant.
_____/

**<u>ORDER</u>**

    THIS CAUSE is before the Court on the plaintiffs' Emergency Motion for Bifurcation of Hearing on Defendant's Motion to Tax Fees and Costs, filed on October 12, 2006, two weeks prior to the scheduled hearing.

    The instant motion is not an emergency and should not have been filed as one. The motion, as indicated above, was filed two weeks prior to the hearing upon which said motion is based. Because of plaintiffs' abuse of the process, the Court would ordinarily strike said motion. However, the Court has considered it.

    Plaintiffs' motion indicates a need for a protracted hearing to consider testimony of experts and "the review – line by line – of the defendant's exhibits." The Court has received affidavits from the experts in this cause and there is no need for further expert testimony. Further, the Court does not intend to permit a "line by line" review of the defendant's exhibits.

    The Court shall, following argument on entitlement, make its ruling on such issue and if

defendant's prevails on such issue the Court, based upon its expertise and experience, shall make an appropriate award.  Accordingly, it is hereby

ORDERED that plaintiffs' Emergency Motion for Bifurcation, etc. is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of October, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record

2